**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1757

MADIOU BARRY,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (No. A96-085-139)

Submitted:  June 20, 2007          Decided:  July 13, 2007

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Kell Enow, LAW OFFICES OF ENOW AND PATCHA, Silver Spring, Maryland, for Petitioner.  Peter D. Keisler, Assistant Attorney General, James A. Hunolt, Senior Litigation Counsel, Kristin K. Edison, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Madiou Barry, a native and citizen of Guinea, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Barry's motion. See 8 C.F.R. § 1003.2(a), (b) (2006).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Barry, No. A96-085-139 (B.I.A. June. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED